JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLOVIJEAN G., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, Commissioner of Social Security, <br><br> Defendant. | Case No. CV 24-06117-DFM <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Date: March 21, 2025

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge